UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY-COUNTY TAXI, INC. d/b/a METRO WEST TRANSPORT, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN TAXICAB COMMISSION, CITY OF ST. LOUIS, MISSOURI, <br><br> Defendants. | Case No. 4:12-CV-408 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Oral Argument [ECF No. 21].

After consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Oral Argument [ECF No. 21] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Metropolitan Taxicab Commission's Motion to Dismiss Plaintiff's Complaint [ECF No. 6] and Defendant City of St. Louis, Missouri's Motion to Dismiss Plaintiff's Complaint [ECF No. 12] are set for hearing on **June 7, 2012 at 10:30 a.m. in Courtroom 12N**. Parties are given thirty (30) minutes for argument.

Dated this 30th day of May, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE